**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DESMOND FON**                                                    **CIVIL ACTION NO. 26-CV-01036**

**VERSUS**                                                               **DISTRICT JUDGE HICKS**

**BRIAN ACUNA, ET AL**                                       **MAGISTRATE JUDGE AYO**

---

**ORDER**

Considering the Motion for Extension of Deadline to Respond filed by the Federal Respondents having been considered:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted until May 19, 2026, to respond to Petitioner's Petition for Writ of Habeas Corpus.

THUS, DONE AND SIGNED in Lafayette, Louisiana, this 7th day of May 2026.

David J. Ayo
United States Magistrate Judge