## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **DESMOND FON** | ) | **CIVIL ACTION NO.  26-cv-01036** |
| | ) | |
| **VERSUS** | ) | **JUDGE JOSEPH** |
| | ) | |
| **BRIAN ACUNA, ET AL** | ) | **MAGISTRATE JUDGE AYO** |
| | ) | |

## ORDER

The Court having before it Federal Respondents' Motion to Set Aside Entry of Default [Doc. 12], and for good cause shown therein,

**IT IS ORDERED** that the motion is **GRANTED.** The Clerk's Default is **HEREBY SET ASIDE**.

THUS, DONE AND SIGNED in chambers on this 8th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE