## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **DESMOND FON** | ) | **CIVIL ACTION NO.  26-cv-01036** |
| | ) | |
| **VERSUS** | ) | **JUDGE HICKS** |
| | ) | |
| **BRIAN ACUNA, ET AL** | ) | **MAGISTRATE JUDGE AYO** |
| | ) | |

## ORDER

The Court having before it Federal Respondents' Motion to Set Aside Entry of Default, and for good cause shown therein,

**IT IS ORDERED** that the motion is **GRANTED.** The Clerk's Default is **HEREBY SET ASIDE**.

**THUS DONE AND SIGNED** this 10th day of June, 2026, in Shreveport, Louisiana.

_____
S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT